U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2003 DEC -2  PM 1: 56

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **03-3386** |
| ) | |
| v. ) | Civil No. Case No.: _____ |
| ) | |
| JAMES STANTON and LESA STANTON, ) | SECT. T MAG. 4 |
| ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiff, United States of America, by and through James Letten, United States Attorney for the Eastern District of Louisiana, complains and alleges the following:

### JURISDICTION

1. This civil action is commenced pursuant to § 7401 of the Internal Revenue Code.

2. This action is commenced at the direction of the Attorney General of the United States of America with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

3. Jurisdiction over this civil action is vested in this Court by 28 U.S.C. §§ 1340 and 1345 and by § 7402 of the Internal Revenue Code.

___ Fee USM
___ Process Don C(2)
 X  Dktd_____
___ CtRmDep___
___ Doc No. ___

4.     Defendants reside at 877 Lawrence Drive, Gretna, Louisiana, within the jurisdiction of this Court.

## TAX LIABILITIES

5.     On the following dates and for the following tax periods, a delegate of the Secretary of the Treasury made assessments of unpaid income taxes, penalties, interest, and fees, jointly and severally against Defendants, James Stanton and Lesa Stanton; the amounts of the assessed tax, plus penalties and interest through October 9, 2003 are set forth in this schedule:

| Tax Period | Assessment Date | Tax | Penalties & Interest | Total |
| --- | --- | --- | --- | --- |
| 1992 | 12/6/93 | $6,318.12 | $8,589.73 | $14,907.85 |
| 1993 | 5/30/94 | $6,337.81 | $9,039.16 | $15,376.97 |
| 1995 | 5/20/96 | $3,561.70 | $3,598.08 | $7,159.78 |
| 1996 | 6/2/97 | $4,031.71 | $3,402.48 | $7,434.19 |
| 1998 | 5/31/99 | $6,024.53 | $3,808.84 | $9,833.37 |
| 1999 | 5/29/00 | $5,303.59 | $2,597.57 | $7,901.16 |
| 2000 | 5/28/01 | $5,984.99 | $2,370.44 | $8,355.43 |
| 2001 | 5/27/02 | $11,042.48 | $2,761.38 | $13,803.86 |
| 2002 | 9/15/03 | $6,881.34 | $160.57 | $7,041.91 |
| | **TOTAL** | $55,486.27 | $36,328.25 | **$91,814.52** |

6.     Notice of these assessments has been given, and demand for payment has been made in accordance with law.

7.  Defendants have failed to pay in full the foregoing assessed liability and there remains unpaid, due, and owing to the Plaintiff from Defendants the sum of $91,814.52, plus statutory additions thereon since October 9, 2003.

WHEREFORE, the United States prays that it be awarded judgment against Defendants in the amount of $91,814.52 as of October 9, 2003, plus further interest thereon as allowed by law; its costs, and for all other proper relief.

Respectfully submitted,

JAMES LETTEN
United States Attorney

CANDICE M. TURNER
Trial Attorney
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-5899
Facsimile: (202) 514-9868
Email: Candice.M.Turner@usdoj.gov